ORDER

Treating the Appellant’s motion for en banc rehearing as a motion for panel rehearing, and given the Supreme Court’s recent decision in Trevino v. Thaler, — U.S. —, 133 S.Ct. 1911, 185 L.Ed.2d 1044 (2013), the court GRANTS the motion for rehearing in part.[1] We hereby VACATE our prior panel decision only to the extent inconsistent with Trevino and grant a COA only to that extent; in all other respects, the majority and dissenting opinions remain in effect. In light of this new authority, we VACATE the district court’s order to the extent inconsistent with Trevino and REMAND to the district court for proceedings consistent herewith.

. The effect of this ruling is to moot the Petition for Rehearing En Banc.